# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

JOHN LEON GRAY, SR.,  : CIVIL ACTION
KENNETH WILLIAMS,  NO. CV590-254
LYMAN M. GUY, JR., and  : NO. CV590-256
TROY ALLEN HICKOX,  NO. CV590-270
  NO. CV590-275
  Plaintiffs,
  :
  v.
  :
CSX TRANSPORTATION, INC.,
  :
  Defendant.

## O R D E R

Upon consideration of the Motion of Defendant, CSX Transportation, Inc., for reconsideration as to partial summary judgment and motion in limine regarding clothing exposure, and Plaintiff's response thereto, the same is hereby **GRANTED**.

**SO ORDERED**, this 26th day of May, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA