IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

TROY ALLEN HICKOX,

    Plaintiff,

vs.

CSX TRANSPORTATION, INC.,

    Defendant.

CIVIL ACTION NO.: CV590-275

## ORDER

The captioned case is scheduled for jury selection and trial on July 25, 2005. Counsel for the parties are hereby directed to confer on or before July 21, 2005, and engage in **good faith** efforts to resolve objections to exhibits and deposition testimony. The Court shall be advised on or before 5:00 p.m. on July 21, 2005, as to any remaining objections, if any, to exhibits and deposition testimony. Each party shall deliver copies of its deposition testimony and documentary evidence, to which objections remain, to the Court at that time.

Any objection not so identified shall be deemed abandoned.

**SO ORDERED**, this 19th day of July, 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)