# United States District Court
## Southern District of Georgia
### Waycross Division



FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUL 27 A 9 3⁰

TROY ALLEN HICKOX     *

\*     CASE NUMBER   CV 590-275

VS     *

CSX TRANSPORTATION, INC.

\*

\*

\*

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS ORDERED that this action is hereby dismissed with prejudice subject to the right, upon good cause shown within sixty (60) days, to reopen the action for the sole purpose of enforcing the settlement.

IT IS FURTHER ORDERED that the Clerk of Court serve copies of this order, by United States mail, upon the attorneys of record for the parties appearing in this cause.

**SO ORDERED**, this 27th day of JULY, 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA